# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| Integrated Process Solutions, Inc., | Court File No.: 19-cv-00567 |
| Plaintiff, | Hon. _____ |
| vs. | DECLARATION OF LORI ARNOLD IN SUPPORT OF MOTION FOR TEMPORARY RESTRAINING ORDER, EXPEDITED DISCOVERY, AND PRESERVATION OF EVIDENCE |
| Lanix LLC, Kevin Landsverk, and Dylan Dyke, | |
| Defendants. | |

Lori Arnold, being first duly sworn, declares as follows:

1. I am employed as Project Management & Corporate Secretary at Integrated Process Solutions, Inc. ("IPS"). As a result of my position, I am very familiar with IPS's business operations, including but not limited to: (a) the methods and information IPS relies on to secure new business, (b) the methods and information IPS uses to maintain and deepen relationships with current customers, (c) the methods and information IPS uses to gain a competitive advantage over other companies in the same or similar market(s), and (d) the lifecycle of various kinds of projects IPS typically completes for its customers.

2. IPS takes significant steps to protect the confidentiality of its information, including but not limited to limiting access to its offices and computer systems, requiring employees to use computer passwords, and purchasing insurance against data breaches. IPS takes such steps because it derives a competitive and, therefore, economic advantage simply by keeping some and/or all of that information confidential.

4812-6248-9993

3. During his time at IPS, like other employees, defendant Kevin Landsverk ("Landsverk") utilized a mobile phone issued by IPS and a mobile phoneline paid for by IPS.

4. After Landsverk resigned from employment, IPS obtained copies of text messages exchanged between Landsverk and defendant Dylan Dyke ("Dyke") through the website of our mobile services provider ("Verizon"). We later received copies of those texts from Xact, the computer forensics company that IPS hired.

5. I personally reviewed text messages between Landsverk and Dyke, including the select text exchanges IPS has cited to in connection with its *Motion for Temporary Restraining Order*, filed herewith. I can and hereby do attest that the excerpts cited are true and correct representations of the texts IPS obtained from the Verizon account and from Xact. A true and correct copy of excerpts of the recovered text conversations between Landsverk and Dyke is attached hereto as **Exhibit A**.

6. The text exchanges contain or refer to information that IPS reasonably believes is confidential, proprietary, and sensitive from a competitive standpoint, including but not limited to:

- financial and pricing information, including costs of work performed;
- custom technical drawings created in AutoCAD file format, including IPS-created standards, and the databases in which they reside;
- project management processes and techniques;
- information about particular IPS employees, including their expertise and compensation;

2

- IPS's IT security and systems; and
- IPS's methods and process for responding to project bids.

Additionally, the text exchanges, individually and in combination, show that Landsverk shared and utilized IPS's sensitive information for the express purpose of competing with IPS.

7. IPS has significant value in the AutoCAD file format of the drawings that Landsverk appears to have taken from IPS. This format contains confidential and trade secret IPS-created standards, and IPS has spent a considerable amount of money developing these standards.

8. Landsverk was involved in the process of upgrading our files into AutoCAD Electric and knows the effort IPS invested into creating "blocks" and "schematics" to be utilized by the new software. As a project manager, Landsverk was involved in the process of identifying new products in his designs. IPS continues to add to its "block" database weekly, giving Landsverk reason to maintain access to IPS's computer systems.

9. IPS also uses a Programable Logic Controller ("PLC") program with IPS-developed standards. A PLC is an industrial digital computer which has been ruggedized and adapted for the control of an activity (like utility plant operation) that requires high reliability control and ease of programming and process fault diagnosis. IPS assembles new projects from previously developed programs and "function blocks". IPS also has created HMI/OIT programming standards, which involves developing visual interface programs with screens and symbols for plant operation. Much like the PLC

programming, once created these programs can be updated and utilized for future projects. IPS has invested hundreds of hours of programming work into developing these programs. Each project IPS completes continues to build our library and make future projects easier to develop. Landsverk contributed to this database through his IPS employment, and he fully understands the value of reusing programs; he eludes to this fact in his text messages with Dyke.

10. At all relevant times, IPS has taken affirmative steps to maintain this information confidential and out of the hands of its competitors. The reason for this is that IPS derives economic value simply by keeping this information confidential.

I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct based upon my personal knowledge, except as otherwise stated.

Dated: March 7, 2019           _/s/ Lori Arnold_
                                                 Lori Arnold

# EXHIBIT A

## SMS Messages (2873)

| # | Party | Date | Time | Direction | Status | Message |
|---|---|---|---|---|---|---|
| 130 | To: +16517283436 Dyke Dylan | 1/27/2019 | 1/27/2019 9:49:03 PM(UTC+0) | Outgoing | Sent | Don't you think getting into the vendor list should be before quitting IPS? |
| 142 | To: +16517283436 Dyke Dylan | 1/26/2019 | 1/26/2019 11:16:10 PM(UTC+0) | Outgoing | Sent | Well I gotta grab all my company email to a a .pst and make sure I have all my contacts. Sucks losing contacts |
| 147 | From: +16517283436 Dyke Dylan | 1/26/2019 | 1/26/2019 10:20:55 PM(UTC+0) | Incoming | Read | Step 1: Send price corval needs to pay IPS for lamb Weston for what has been complete with the understanding that there is a high possibility you won't be doing anymore for that job because lamb wants to do own controls<br>Step 1 Note: you will need to be willing to take over as Lanix for whatever is left from what we pay IPS<br>Step 2: 2 week notice IPS<br>Step 3A: get into corvals vendor list<br>Step 3B: possible finish lamb Weston with remaining funds "stealing" IPs drawings<br>Step 3C: As Lanix, send price (to be verbally discussed) for JOTs contherms<br>Step 3D: Take vacation/Etc. Operate as Lanix going to Smithfield |
| 156 | From: +16517283436 Dyke Dylan | 1/26/2019 | 1/26/2019 7:19:34 PM(UTC+0) | Incoming | Read | We will tell IPs that lamb is doing own controls<br>Which i need a what you've spent email so we could tell lamb so possible cancel it anyway?<br>But the ultimate shit is if it's canceled canceled you would only have contherms |
| 157 | To: +16517283436 Dyke Dylan | 1/26/2019 | 1/26/2019 7:18:48 PM(UTC+0) | Outgoing | Sent | Yeah for sure |
| 158 | From: +16517283436 Dyke Dylan | 1/26/2019 | 1/26/2019 7:18:34 PM(UTC+0) | Incoming | Read | Turkey contherm set you up by yourself for a few months I'd think? |
| 159 | From: +16517283436 Dyke Dylan | 1/26/2019 | 1/26/2019 7:18:15 PM(UTC+0) | Incoming | Read | At Lanix I mean |
| 160 | From: +16517283436 Dyke Dylan | 1/26/2019 | 1/26/2019 7:18:10 PM(UTC+0) | Incoming | Read | Would have to steal drawings and be ok with not making too much |
| 161 | From: +16517283436 Dyke Dylan | 1/26/2019 | 1/26/2019 7:17:45 PM(UTC+0) | Incoming | Read | Ok well how much does IPs have invested in lamb Weston?<br>Why can't we just pay what we owe cancel rest PO and then you take it as Lanix? |
| 211 | To: +16517283436 Dyke Dylan | 1/23/2019 | 1/23/2019 3:08:19 AM(UTC+0) | Outgoing | Sent | I need to be here this week since it's a jack off week for me. No work to do at IPS, can't pretend to be busy much longer ;) |
| 276 | From: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:47:22 AM(UTC+0) | Incoming | Read | Waiting for Lanix..... |

| # | Direction | Date | Timestamp | Type | Status | Message |
|---|---|---|---|---|---|---|
| 277 | To: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:47:19 AM(UTC+0) | Outgoing | Sent | Whatever :) |
| 278 | From: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:47:17 AM(UTC+0) | Incoming | Read | Contherms first job |
| 279 | To: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:47:16 AM(UTC+0) | Outgoing | Sent | Second |
| 280 | To: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:47:10 AM(UTC+0) | Outgoing | Sent | Perfect first job |
| 281 | To: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:47:07 AM(UTC+0) | Outgoing | Sent | Sterling would be such a blessing |
| 282 | From: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:46:52 AM(UTC+0) | Incoming | Read | Maybe get Sterling? |
| 283 | From: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:46:46 AM(UTC+0) | Incoming | Read | Get Lanix, start with contherms |
| 284 | From: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 2:46:35 AM(UTC+0) | Incoming | Read | Just want lamb to approve damn thing so you can get done |
| 291 | To: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 1:39:11 AM(UTC+0) | Outgoing | Sent | Did you get Sterling eggs then???? |
| 292 | To: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 1:25:15 AM(UTC+0) | Outgoing | Sent | Fingers crossed |
| 293 | From: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 1:24:49 AM(UTC+0) | Incoming | Read | Your welcome, just hope....we can get more than a little sshe panel there now.....sure they considering options now |
| 294 | To: +16517283436 Dyke Dylan | 1/22/2019 | 1/22/2019 1:24:11 AM(UTC+0) | Outgoing | Sent | Yeah seemed that way. Mark must have got some positive feedback from Jamie I'm guessing. And I never had to be onsite at all for that. Thanks for setting that up dude! |
| 502 | To: +16517283436 Dyke Dylan | 1/17/2019 | 1/17/2019 1:21:36 AM(UTC+0) | Outgoing | Sent | Well I got bitter from lies |
| 503 | From: +16517283436 Dyke Dylan | 1/17/2019 | 1/17/2019 1:21:12 AM(UTC+0) | Incoming | Read | Bad attitude is a plague |
| 504 | From: +16517283436 Dyke Dylan | 1/17/2019 | 1/17/2019 1:21:04 AM(UTC+0) | Incoming | Read | Duh |
| 505 | To: +16517283436 Dyke Dylan | 1/17/2019 | 1/17/2019 1:20:57 AM(UTC+0) | Outgoing | Sent | Yeah. I wonder if I am infecting others to think less of IPS? |
| 982 | To: +16517283436 Dyke Dylan | 1/11/2019 | 1/11/2019 2:52:55 AM(UTC+0) | Outgoing | Sent | Yeah that's pretty good. Should I feel bad for leaving or not? Or for stealing 2 people? |
| 1111 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:57:19 AM(UTC+0) | Incoming | Read | And as your company grows and "we" get known then maybe I become partner |
| 1112 | To: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:56:46 AM(UTC+0) | Outgoing | Sent | Yeah that seems reasonable |
| 1113 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:56:01 AM(UTC+0) | Incoming | Read | Yeah just throwing it out there |
| 1114 | To: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:55:01 AM(UTC+0) | Outgoing | Sent | I'm pretty open to ideas |

| # | From/To | Date | Time | Direction | Status | Message |
|---|---|---|---|---|---|---|
| 1115 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:54:58 AM(UTC+0) | Incoming | Read | On a 50k job be 25% profit or 12500, so my "cut" be like 1500 |
| 1116 | To: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:54:35 AM(UTC+0) | Outgoing | Sent | This seems like a conversation over a big meal face to face no? |
| 1117 | To: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:53:43 AM(UTC+0) | Outgoing | Sent | Googling |
| 1118 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:53:10 AM(UTC+0) | Incoming | Read | No? |
| 1119 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:52:20 AM(UTC+0) | Incoming | Read | Gotta be worth it for you |
| 1120 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:52:09 AM(UTC+0) | Incoming | Read | My thought is keep small jobs, small |
| 1121 | To: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:51:51 AM(UTC+0) | Outgoing | Sent | Lol |
| 1122 | To: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:51:50 AM(UTC+0) | Outgoing | Sent | Now come the terms! |
| 1123 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:51:33 AM(UTC+0) | Incoming | Read | ����� |
| 1124 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:51:28 AM(UTC+0) | Incoming | Read | Negotiated per job after 500k |
| 1125 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:51:11 AM(UTC+0) | Incoming | Read | Nothing on jobs under 50k |
| 1126 | From: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:50:19 AM(UTC+0) | Incoming | Read | 12.5% profit of jobs over 50k |
| 1127 | To: +16517283436 Dyke Dylan | 1/8/2019 | 1/8/2019 12:47:44 AM(UTC+0) | Outgoing | Sent | Ha! You'll get something. Early on with me! |
| 1197 | To: +16517283436 Dyke Dylan | 1/7/2019 | 1/7/2019 3:16:27 AM(UTC+0) | Outgoing | Sent | Right |
| 1198 | From: +16517283436 Dyke Dylan | 1/7/2019 | 1/7/2019 3:15:37 AM(UTC+0) | Incoming | Read | Easily tell Pete bellisio not send corval po yet |
| 1199 | To: +16517283436 Dyke Dylan | 1/7/2019 | 1/7/2019 3:15:20 AM(UTC+0) | Outgoing | Sent | Ok, that gives me more time to setup company too then |
| 1200 | From: +16517283436 Dyke Dylan | 1/7/2019 | 1/7/2019 3:14:48 AM(UTC+0) | Incoming | Read | I'll hold all other POs to IPs, you can work on those on your own before POs at Lanix |
| 1201 | To: +16517283436 Dyke Dylan | 1/7/2019 | 1/7/2019 3:14:14 AM(UTC+0) | Outgoing | Sent | Uuuugh, well tell me how I should handle it? |
| 1202 | From: +16517283436 Dyke Dylan | 1/7/2019 | 1/7/2019 3:13:45 AM(UTC+0) | Incoming | Read | Can't fuck us with lamb |
| 1203 | To: +16517283436 Dyke Dylan | 1/7/2019 | 1/7/2019 3:06:00 AM(UTC+0) | Outgoing | Sent | Yeah probably, but right now it's only Hormel. That literally it who calls me. |
| 1204 | From: +16517283436 Dyke Dylan | 1/7/2019 | 1/7/2019 3:05:35 AM(UTC+0) | Incoming | Read | People gonna call that # all the time |

| # | To/From | Date | Timestamp | Direction | Status | Message |
|---|---|---|---|---|---|---|
| 1341 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:39:36 AM(UTC+0) | Outgoing | Sent | Agree, but that's the only way to serve you guys properly is when we dedicated and that makes incentive for you guys to use us so you get what you want and can work with us on pricing to put you where you need to be at to win the job |
| 1342 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:38:39 AM(UTC+0) | Outgoing | Sent | Well yeah |
| 1343 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:38:24 AM(UTC+0) | Incoming | Read | Eeeeeek man....just hate business plan rely on me at corval |
| 1344 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:37:51 AM(UTC+0) | Incoming | Read | No work g.o.o.b. |
| 1345 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:36:57 AM(UTC+0) | Incoming | Read | Worried |
| 1346 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:36:56 AM(UTC+0) | Incoming | Read | Perty wortied |
| 1347 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:36:35 AM(UTC+0) | Incoming | Read | ���� |
| 1348 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:36:08 AM(UTC+0) | Outgoing | Sent | Would suck |
| 1349 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:36:05 AM(UTC+0) | Outgoing | Sent | Yeah maybe |
| 1350 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:36:00 AM(UTC+0) | Incoming | Read | Even if they don't win you'll have legal fees |
| 1351 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 2:35:47 AM(UTC+0) | Incoming | Read | Lori gonna convince Pete to sue you |
| 1403 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:30:06 AM(UTC+0) | Outgoing | Sent | And will leave myself several routes to get back into the company if needed. |
| 1404 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:28:54 AM(UTC+0) | Outgoing | Sent | It's actually an hourly sync I think |
| 1405 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:28:44 AM(UTC+0) | Outgoing | Sent | I have a daily sync of the entire IPS server being sent to my house |
| 1406 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:28:19 AM(UTC+0) | Outgoing | Sent | Come on |
| 1407 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:28:16 AM(UTC+0) | Outgoing | Sent | Dude |
| 1408 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:28:11 AM(UTC+0) | Outgoing | Sent | Hahaha |
| 1409 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:28:03 AM(UTC+0) | Incoming | Read | Better start that transfer? |
| 1410 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:27:57 AM(UTC+0) | Incoming | Read | If you can get the info? |
| 1411 | From: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:27:46 AM(UTC+0) | Incoming | Read | Yep |
| 1412 | To: +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:27:44 AM(UTC+0) | Outgoing | Sent | Since it all DONE |

| # | Direction | Number | Date | Timestamp | Type | Status | Message |
|---|---|---|---|---|---|---|---|
| 1413 | To: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:27:38 AM(UTC+0) | Outgoing | Sent | And fucking easy |
| 1414 | To: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:27:33 AM(UTC+0) | Outgoing | Sent | Sounds fun |
| 1415 | To: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:27:28 AM(UTC+0) | Outgoing | Sent | Sweeeeet |
| 1416 | From: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:26:01 AM(UTC+0) | Incoming | Read | Yeah it can be two panels or two screens |
| 1417 | To: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:25:18 AM(UTC+0) | Outgoing | Sent | So we'd have a few to chew on for sure. Big bellisio would be a blessing of course |
| 1418 | To: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:24:58 AM(UTC+0) | Outgoing | Sent | Nice |
| 1419 | From: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:24:12 AM(UTC+0) | Incoming | Read | SSHE job 6 of them only gotta add product pressure with VfD control |
| 1420 | To: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:20:47 AM(UTC+0) | Outgoing | Sent | A small panel can be turned around in 3 weeks typically. |
| 1421 | From: | +16517283436 Dyke Dylan | 1/6/2019 | 1/6/2019 1:19:04 AM(UTC+0) | Incoming | Read | That's 16 week lead time on equip, how fast can you make a coupa panels? |
| 1856 | To: | +16517283436 Dyke Dylan | 12/29/2018 | 12/29/2018 12:13:10 AM(UTC+0) | Outgoing | Sent | Just sick of seeing the money go to waste. No bonus again this year. |
| 1857 | From: | +16517283436 Dyke Dylan | 12/29/2018 | 12/29/2018 12:11:43 AM(UTC+0) | Incoming | Read | Meh don't get to greedy |
| 1858 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:55:38 PM(UTC+0) | Outgoing | Sent | Oh what could be... |
| 1859 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:55:31 PM(UTC+0) | Outgoing | Sent | Fuuuuck. Dude we gotta do this one ourselves. Could pocket like 10g each on top of fair profit |
| 1860 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:55:00 PM(UTC+0) | Outgoing | Sent | Nice!!! |
| 1861 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:54:58 PM(UTC+0) | Outgoing | Sent | Oh I didn't register that I'd be powering them |
| 1862 | From: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:53:52 PM(UTC+0) | Incoming | Read | Weee! What you think of comps? |
| 1863 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:53:33 PM(UTC+0) | Outgoing | Sent | Fuck...I need to quote that. |
| 1864 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:53:15 PM(UTC+0) | Outgoing | Sent | I* |
| 1865 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:53:11 PM(UTC+0) | Outgoing | Sent | Nice :) |
| 1866 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:53:09 PM(UTC+0) | Outgoing | Sent | Oh u suppose you've got an mcc involved on this one? |
| 1867 | To: | +16517283436 Dyke Dylan | 12/28/2018 | 12/28/2018 11:52:34 PM(UTC+0) | Outgoing | Sent | Well I can only get excited about new company working on your stuff. IPS holding us both back |
| 1922 | From: | +16517283436 Dyke Dylan | 12/26/2018 | 12/26/2018 2:06:39 PM(UTC+0) | Incoming | Read | Prolly not up yet.....but need to push that we get the autocad or whatever we did for the coils |

| # | Direction | Number | Date | Timestamp | Type | Status | Message |
|---|---|---|---|---|---|---|---|
| 1923 | From: | +16517283436 Dyke Dylan | 12/26/2018 | 12/26/2018 2:00:16 PM(UTC+0) | Incoming | Read | Oh I didn't read it fully, yeah you can send it to Corval!! |
| 1924 | From: | +16517283436 Dyke Dylan | 12/26/2018 | 12/26/2018 1:52:50 PM(UTC+0) | Incoming | Read | Only for money Harry!!! |
| 2131 | To: | +16517283436 Dyke Dylan | 12/21/2018 | 12/21/2018 5:00:54 AM(UTC+0) | Outgoing | Sent | It gets cleaner and easier to re-use. Yeah dold was way too much |
| 2132 | From: | +16517283436 Dyke Dylan | 12/21/2018 | 12/21/2018 5:00:39 AM(UTC+0) | Incoming | Read | You couldn't do Dold |
| 2133 | To: | +16517283436 Dyke Dylan | 12/21/2018 | 12/21/2018 5:00:32 AM(UTC+0) | Outgoing | Sent | I kinda like doing it all myself |
| 2134 | From: | +16517283436 Dyke Dylan | 12/21/2018 | 12/21/2018 5:00:25 AM(UTC+0) | Incoming | Read | Fuck if I know dude |
| 2135 | To: | +16517283436 Dyke Dylan | 12/21/2018 | 12/21/2018 5:00:10 AM(UTC+0) | Outgoing | Sent | Carl is good for programming which is the main grunt of what we do. |
| 2136 | To: | +16517283436 Dyke Dylan | 12/21/2018 | 12/21/2018 4:59:40 AM(UTC+0) | Outgoing | Sent | So go cheaper like Carl or go high dollar like an errin holtberg? |
| 2258 | From: | +16517283436 Dyke Dylan | 12/19/2018 | 12/19/2018 12:09:17 AM(UTC+0) | Incoming | Read | Yeah, that's true but....not sustainable right now lean on his water shit if we don't have shit |
| 2259 | To: | +16517283436 Dyke Dylan | 12/19/2018 | 12/19/2018 12:07:44 AM(UTC+0) | Outgoing | Sent | I'll see the exact details of why our work was important in a bit here when I open my computer again. Would be so fun to pull all these opportunities away from him. |
| 2260 | To: | +16517283436 Dyke Dylan | 12/19/2018 | 12/19/2018 12:07:00 AM(UTC+0) | Outgoing | Sent | Pete came and asked me about upcoming opportunities. He got all excited and I saw something with the financial guy that he depends on our work now to hit sales numbers |
| 2572 | To: | +16517283436 Dyke Dylan | 12/10/2018 | 12/10/2018 4:02:55 PM(UTC+0) | Outgoing | Sent | Oh I was just showing that off a little. Not much data in it yet |
| 2573 | From: | +16517283436 Dyke Dylan | 12/10/2018 | 12/10/2018 4:00:45 PM(UTC+0) | Incoming | Read | Well I have no user or password? |
| 2574 | To: | +16517283436 Dyke Dylan | 12/10/2018 | 12/10/2018 4:00:24 PM(UTC+0) | Outgoing | Sent | This one is for my farm to practice on |
| 2575 | To: | +16517283436 Dyke Dylan | 12/10/2018 | 12/10/2018 4:00:13 PM(UTC+0) | Outgoing | Sent | That's my erp system :) |
| 2576 | From: | +16517283436 Dyke Dylan | 12/10/2018 | 12/10/2018 3:59:42 PM(UTC+0) | Incoming | Read | What's this login? |
| 2577 | To: | +16517283436 Dyke Dylan | 12/10/2018 | 12/10/2018 3:05:13 PM(UTC+0) | Outgoing | Sent | k.ipsamerica.biz:8085 |
| 2751 | From: | +16517283436 Dyke Dylan | 11/16/2018 | 11/16/2018 11:53:58 PM(UTC+0) | Incoming | Read | Well you better March your ass up in there and say "six hundred fucking thousand dollars and nothing for me and Dylan" |
| 2752 | To: | +16517283436 Dyke Dylan | 11/16/2018 | 11/16/2018 11:52:45 PM(UTC+0) | Outgoing | Sent | Like I have any fucking say. Only thing I have an explicit promise on is bellisio. I've got no pennies from any sale or raise in 2 years |

| 2753 | From: +16517283436 Dyke Dylan | 11/16/2018 | 11/16/2018 11:42:29 PM(UTC+0) | Incoming | Read | lps money, now |